UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**KIMBERLY WILLIAMS,**

    Plaintiff,

v.                                                    Case No: 5:20-cv-449-JSM-PRL

**YOUTH OPPORTUNITY**
**INVESTMENTS, LLC,**

    **Defendant.**

## ORDER

Before the court is Defendant's motion to compel answers to interrogatories and responses to request to produce. (Doc. 12). On April 2, 2021 Defendant served Plaintiff interrogatories and a request to produce. On July 21, 2021, Defendant's counsel contacted Plaintiff's counsel regarding the outstanding discovery requests and Plaintiff's counsel stated that Plaintiff has been unresponsive to her counsel for several months. On July 27, 2021, Plaintiff's counsel notified the defendant that Plaintiff has failed to respond to counsel's attempt to reach her. On August 12, 2021, Plaintiff responded to the motion to compel. After months of Plaintiff's counsel trying to get in touch with her via text message, phone call, email, and mail to her last known address, counsel spoke with the plaintiff after calling her grandmother. Plaintiff claimed that shortly after receiving the discovery requests, she had an operation, developed an infection, and spent 90 days in a rehabilitative care facility where her phone got turned off. Plaintiff states she will provide answers to Defendant's discovery requests within the next two weeks.

- 2 -

Accordingly, Defendant's motion to compel is **GRANTED**. Plaintiff shall respond to all outstanding requests for discovery on or before **August 27, 2021** and shall pay all costs and fees incurred by the defendant in making the current motion.[1] Failure to comply with this Order may result in sanctions.

**DONE** and **ORDERED** in Ocala, Florida on August 13, 2021.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Defendant should file the appropriate motion to collect expenses under Rule 37(a)(5)(A) within ten days, and Plaintiff may file a response within seven days thereafter.