**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

KIMBERLY WILLIAMS,

Plaintiff,

v. Case No. 5:20-cv-449-TJC-PRL

YOUTH OPPORTUNITY INVESTMENTS, LLC,

Defendant.

---

**O R D E R**

This case is before the Court on the Defendant's Motion for Sanctions and, in the Alternative, to Compel Answers to Interrogatories and Response to Request to Produce from Plaintiff, Kimberly Williams (Doc. 19). On September 29, 2021, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 21) recommending that the Court grant the motion and dismiss this case without prejudice. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 21), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 21) is **ADOPTED** as the opinion of the Court.

2. Defendant's Motion for Sanctions and, in the Alternative, to Compel Answers to Interrogatories and Response to Request to Produce from Plaintiff, Kimberly Williams (Doc. 19) is **GRANTED** to the extent that this case shall be dismissed without prejudice.

3. This case is **DISMISSED without prejudice**. The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 19th day of October, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies to:

Honorable Philip R. Lammens
United States Magistrate Judge

Counsel of record